HHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

MUTEI M. ALHAJ

V.

I.R.S.

Defendant(s)

I.R.S.

08CV4419
JUDGE HART
MAG. JUDGE MASON

RECEIVED
AUG - 6 2008
8-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**COMPLAINT**

For 2002 Income Tax (Personal):

① I.R.S. keeps on requesting money from me that I proved to them that I don't owe

② I.R.S. overcharged me $2,316.91 on 1/19/08 which I am requesting that they pay back to me + Interest.

③ I.R.S. continue to write to me about Levy & Garnishment of my assets, even when I proved to them that I don't owe anything for 2002

④ No correspondence was received from I.R.S for many of my questions to them

⑤ I've never received a response for my 2002 1040X or to my Audit reconsideration request in 02/08

⑥ The demand of about $30,000 by I.R.S from me should be voided & eliminated from my files.

mAh