*MHN*

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _MUTEI   M.   ALHAJ_
(Please print)

STREET ADDRESS: _9109   S.   MAJOR   AVE._

CITY/STATE/ZIP: _OAK LAWN , IL. 60453_

PHONE NUMBER: _708- 237- 0010_

CASE NUMBER:
## 08CV4419
## JUDGE HART
## MAG.JUDGE MASON

_____
Signature

_8/6/08_
Date

**F I L E D**
8-6-2008
AUG - 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT