# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4419 | **DATE** | 8/11/2008 |
| **CASE TITLE** |  | Alhaj vs. I.R.S. | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to proceed <u>in forma pauperis</u> [4] is denied because plaintiff fails to plead a non-frivolous basis for relief. Plaintiff must first exhaust his administrative remedies. <u>See</u> 26 U.S.C. § 7422(a); <u>Bartley v. United States</u>, 123 F.3d 466, 469 (7th Cir. 1997); <u>Loveless v. Commissioner</u>, 2005 WL 327711 *1(S.D. Ind. Jan. 26, 2005). Plaintiff expressly alleges that his amended tax return is still pending without having been acted upon. Also, the appropriate party for a refund suit is the United States, not the IRS. Plaintiff's cause of action is dismissed without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | cw |
|---|---|---|

Case 1:08-cv-04419    Document 5    Filed 08/11/2008    Page 1 of 1

08C4419 Alhaj vs. I.R.S.     Page 1 of 1